**FILED**

JUL 2 5 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06CR0028-GT |
| Plaintiff, | **ORDER TO SEAL DOCUMENT** |
| vs. | |
| RAFAEL PEREZ-LOPEZ, | |
| Defendant. | |

IT IS HEREBY ORDERED, for good cause shown, that Exhibit A (Document 32-1), attached to the Sentencing Memorandum (Document 32) in the above-entitled cause, filed on April 26, 2011, be placed under seal.

**IT IS SO ORDERED.**

DATED: 7-25-11

HON. GORDON THOMPSON
United States District Judge